IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>ADRIAN GARIBALDI,<br><br>    Defendant<br>_____/ | No. C 08-5510 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS** |

    Pursuant to Civil Local Rule 72-1, plaintiff's "Ex Parte Application for Leave to Take Immediate Discovery Prior to Rule 26(f) Conference and Request for Enlargement of Time Within Which to Effect Service of Process," filed March 31, 2009, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: April 3, 2009

                                              _____<br>                                            MAXINE M. CHESNEY<br>                                            United States District Judge